UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

LUCY CHOW and JOHN CHOW,

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.,

                Defendants.

----------------------------------------------------------- X

**ORDER**

09 Civ. 1019 (BMC) (RLM)

Plaintiffs' letter [36] is deemed to constitute a motion for a determination that their former attorney has no lien on the settlement proceeds resulting from this action, an issue over which the Court may have supplemental jurisdiction. Plaintiffs cannot obtain this relief without mailing a copy of their letter and its attachments to their former attorney and filing an affidavit stating that they have done so. The motion is referred to Magistrate Judge Mann for such action as she deems appropriate, including, if necessary, rendering a report and recommendation.

To the extent plaintiffs are seeking any other relief against their former attorney, they may not do so in the context of this action, but must commence a separate action for that relief in a court of appropriate jurisdiction.

The Clerk of the Court is directed to mail a copy of this Order to plaintiffs *pro se*.

**SO ORDERED.**

                                            U.S.D.J.

Dated: Brooklyn, New York
       January 14, 2010